

**HPM&B**
ATTORNEYS·AT LAW

81 MAIN STREET WHITE PLAINS, NY 10601-1711
TEL: 914-559-3100 FAX: 914-949-1160
WWW.HPMB.COM

**Daryl Paxson**
**Appellate Counsel**
dpaxson@hpmb.com

November 22, 2019

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: Nov. 22, 2019

<u>**VIA ECF**</u>

Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, New York 10007

Re: Michael Davis v. City of New York, et al.
    Docket No.: 19-cv-06419 (ER)

Dear Judge Ramos:

    We represent Defendants Raul Ramos, Christopher LaRosa, and the City of New York in the above-entitled action. On October 18, 2019, we moved for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint in its entirety and with prejudice.

    Under Local Civil Rule 6.1(b), the Plaintiff had fourteen days, or until November 1, 2019, to oppose our motion. To date, Plaintiff has not done so. Accordingly, we respectfully request that our motion to dismiss be deemed to be fully submitted without opposition. In the alternative, we respectfully request that the Court direct the Plaintiff to oppose our motion by a date certain.

    Thank you for your consideration.

Respectfully submitted,

Daryl Paxson

DP: pc

HEIDELL, PITTONI, MURPHY & BACH, LLP

NEW YORK | CONNECTICUT | WESTCHESTER | LONG ISLAND


Honorable Edgardo Ramos
Re: Michael Davis v. City of New York, et al.
November 22, 2019
Page -2-

cc:    Michael Davis
      Plaintiff Pro Se
      NYSID: 04206193N
      B&C No. 4411800788
      North Infirmary Command
      16-00 Hazen Street
      East Elmhurst, New York 11370

---

Plaintiff is directed to file his opposition to the motion by December 13, 2019. The Clerk of the Court is respectfully directed to terminate the letter motion, Doc. 28, and mail a copy of this Order to Plaintiff.

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: Nov. 22, 2019
New York, New York