

# HPM&B
## ATTORNEYS AT LAW

81 MAIN STREET WHITE PLAINS, NY 10601-1711
TEL: 914-559-3100 FAX: 914-949-1160
WWW.HPMB.COM

**Daryl Paxson**
**Appellate Counsel**
**dpaxson@hpmb.com**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: Jan. 8, 2020

January 7, 2020

# MEMO ENDORSED

<u>VIA ECF</u>

Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, New York 10007

Re:   Michael Davis v. City of New York, et al.
<u>Docket No.: 19-cv-06419 (ER)</u>

Dear Judge Ramos:

   We represent Defendants Raul Ramos, Christopher LaRosa, and the City of New York in the above-entitled action. On October 18, 2019, we moved for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's Complaint in its entirety and with prejudice.

   In an Order dated November 22, 2019, this Court directed Plaintiff to serve his opposition to our motion by December 13, 2019. To date, Plaintiff has not done so. Accordingly, we respectfully request that our motion to dismiss Plaintiff's Complaint be deemed to be fully submitted.

   Thank you for your consideration.

Respectfully submitted,

Daryl Paxson

DP: pc

HEIDELL, PITTONI, MURPHY & BACH, LLP

NEW YORK  |  CONNECTICUT  |  WESTCHESTER  |  LONG ISLAND

**HPM&B**
ATTORNEYS AT LAW

cc:     Michael Davis
        Plaintiff Pro Se
        NYSID: 04206193N
        B&C No. 4411800788
        North Infirmary Command
        16-00 Hazen Street
        East Elmhurst, New York 11370

Plaintiff is directed to submit his opposition papers by January 29, 2020 or else the motion to dismiss, Doc. 24, will be deemed fully briefed.  The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.
It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: Jan. 8, 2020
New York, New York